**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BULMARIO TORRES, ) | NO. CV 19-4470-R(E) |
| ) Petitioner, ) | |
| ) v. ) | JUDGMENT |
| ) S. KERNAN, ) | |
| ) Respondent. ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: June 10, 2019.

 _____
 MANUEL R. REAL
 UNITED STATES DISTRICT JUDGE